IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY EDWARD SCHADEWITZ, DREAM JESSYKA ANDERSON, <br><br> Defendants. | CR 20–48–M–DLC <br><br><br> ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 68.) Defendants Zachary Edward Schadewitz and Dream Jessyka Anderson entered into plea agreements that provide a factual basis and cause to issue a forfeiture order under 18 U.S.C. §§ 853(a)(1) and (2). Accordingly,

IT IS ORDERED:

1. Defendant Schadewitz's and Defendant Anderson's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 853(a)(1) and (2):

- One Glock 19, 9mm semi-automatic pistol with extended capacity magazine, S/N: ACBS211;

1

- Two Glock magazines;

- One .380 caliber magazine;

- One Ruger LCP semi-automatic pistol, .380 caliber, S/N: 371729241;

- One Mossberg & Sons US, model 590, 12ga pump action shotgun, S/N: V1021879; and

- $800 U.S. currency.

2. The Drug Enforcement Administration, the United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

3. The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture

DATED this 20th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court